UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:            Chapter 13

    Kenneth and JoLynn Bahls        Case No. 13-28621

          Debtor(s).

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

      __Kenneth Bahls__ (*Name of proponent of modification*) has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

      **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

      File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk of Bankruptcy Court<br>
517 E. Wisconsin Avenue<br>
Room 126<br>
Milwaukee, WI 53202-4581

      If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

      You must also mail a copy to:

| | |
|---|---|
| Attorney for Proponent | Michael E. Holsen |
| Firm Name | Geraci Law LLC |
| Address, Suite # | 2505 N. Mayfair Road Suite #101 |
| City, State, Zip | Milwaukee, WI 53226 |

      If you, or your attorney, do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

| | |
|---|---|
| Michael E. Holsen<br>2505 N. Mayfair Road<br>Suite 101<br>Milwaukee, WI 53226<br>877.247.1960 | Attorney Name<br>Street Address<br>Suite #<br>City, State, Zip<br>Phone No.<br>FAX No. |

1

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:
   - ◉ the Debtor;
   - ○ the Chapter 13 Trustee (post-confirmation modifications only);
   - ○ the holder of an unsecured claim (post-confirmation modifications only)
     Name: _____

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):
   - ○ A. post-confirmation;
   - ◉ B. pre-confirmation (Select i. or ii);
     - ○ i. Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or
     - ◉ ii. Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:
       
       Richard Cramer  
       N4362 County Road M  
       Juneau, WI 53039  
       
       Donohue Law Office, LLC  
       218 E. Oak Street, PO Box 205  
       Juneau, WI 53039

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

   Account for the claim of Richard Cramer.

4. The reason(s) for the modification is/are:

   The claim includes an unsecured lease arrearage as well as an administrative claim for post-petition debts. Debtors believed they were up-to-date through at least June 2013 but the proof of claim contradicts this. Debtors only paid cash and so do not have records sufficient to rebut the proof of claim.

5. Select A. or B.
   - ○ A. The Chapter 13 Plan confirmed or modified on _____ is modified as follows:

   - ◉ B. The unconfirmed Chapter 13 Plan dated  6/24/2013  is modified as follows:

   The plan is extended to 60 months. Claim 14-1 of Richard Cramer shall be paid $1,825 as a lease arrearage under Section 8 of the Plan. Claim 14-1 of Richard Cramer shall be paid $1,400 as a post-petition administrative claim for July and August 2013 rent.

   All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

   2

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

## CERTIFICATION

Complete one of the certifications below:

1. I/We, _____, the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

    _____    _____
    Debtor                      Date

    _____    _____
    Debtor                      Date

OR

2. I  Michael E. Holsen  , attorney for debtor(s)  Kenneth and JoLynn Bahls  , certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

    _/s/ Michael E. Holsen_____    August 20, 2013
    Counsel for the debtor(s)         Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: August 20, 2013

at City, State.
Milwaukee, WI

Attorneys for  Geraci Law LLC   FIRM NAME

By: Michael E. Holsen   ATTORNEY

Bar No. 1073973

[Print Form]

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No.: 13-28621
Judge: Susan V. Kelley
Chapter: Chapter 13

In Re: Kenneth Bahls
JoLynn Bahls

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Amended Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Tuesday, August 20, 2013:

Kenneth Bahls
JoLynn Bahls
N4398 County Road M
Juneau, WI 53039

**Richard Cramer**
N4362 County Road M
Juneau, WI 53039

**Donohue Law Office, LLC**
218 E. Oak Street, PO Box 205
Juneau, WI 53039

Additionally, the documents referenced above were also served via electronic means on the following individuals on Tuesday, August 20, 2013:

United States Trustee
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Mary B. Grossman
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203

Dated this Tuesday, August 20, 2013.

By: /s/ Michael Edward Holsen
Michael Edward Holsen
Attorney of the Debtor
Bar #: 1073973

Michael Edward Holsen
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email: wal@geracilaw.com

Rec. No: 589151
WD - Certificate of Service